BEFORE THE SECOND DIVISION, MAY 16, 1963

No. 67728.—L. H. Graves, a/c The Haymarket Realty Co. v. United States, protests 58/13853, 58/13854, and 58/13858 (Laredo).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of coils of steel cotton tie strips similar in all material respects to those the subject of R. W. Smith and John D. Winchester a/c Doherty Petroleum Co., Inc. v. United States (49 CCPA 120, C.A.D. 806), the claim of the plaintiff was sustained.

MAY 13, 1963

No. 67729.—APPEAL 5099.—Gimbel Bros., Inc. v. United States.—

—C.D. 2308 affirmed January 16, 1963. C.A.D. 813.

No. 67730.—APPEAL 5101.—The Barbizon Corporation v. United States.—

—C.D. 2309 affirmed January 16, 1963. C.A.D. 814.

MAY 14, 1963

No. 67731.—APPEAL 5104.—United States v. Esso Standard Oil Company.—

—C.D. 2314. Appeal dismissed May 10, 1963.